UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| KELLY J. BAIER, | ) | CIV. 09-5088-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| | ) | |
| BITUMINOUS CASUALTY | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation for dismissal (Docket 10), and good cause appearing, it is hereby

ORDERED that this matter is dismissed with prejudice and without costs to either party.

Dated February 18, 2010.

BY THE COURT:

/s/ *Jeffrey L. Viken*

JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE